Clerk of Court
RECEIVED BY MAIL
OCT - 4 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Re: Capps    Case No. 1:11CR108 (AGF)

I have signed a lawyer client agreement with Debevoise & Plimpton LLP and John Gleeson. I need a copy of my PSR and "sentencing transcript" sent to them. There assistants email is (lamoore@debevoise.com) Laura Moore. address is:

Debevoise & Plimpton LLP  c/o Laura Moore
919 Third Avenue
New York, NY 10022

Phone: 1-212-909-6000

Please email the info or send responce to that address thank you.

Dennis Capps    Date: 9/26/21

Dennis Capps #39049-044
United States Penitentiary
PoBox 019001
Atwater, CA 95301

Dennis Capps #39049-044
United States Penetentiary
Po Box 019001
Atwater, CA 95301

SACRAMENTO CA 957
27 SEP 2021 PM 6 L

RECEIVED BY MAIL
OCT - 4 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

(Legal mail)

◇39049-044◇
Clerk Of Court
555 Independence ST
CAPE Girardeau, MO 63703
United States